# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHELTON O. SNEED** <br><br> v. <br><br> **SWARTHMORE COLLEGE** | **CIVIL ACTION** <br><br> **NO. 16-43** |

## ORDER RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this 27th day of June, 2017, having considered Defendant's Motion for Summary Judgment (ECF 25) and all responses and replies thereto, and for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that Defendant's Motion is DENIED.

              **BY THE COURT:**

              /s/ Michael M. Baylson
              _____
              **MICHAEL M. BAYLSON, U.S.D.J.**