**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHELTON O. SNEED<br><br>    v.<br><br>SWARTHMORE COLLEGE | CIVIL ACTION<br><br>NO.  16-43 |

**ORDER RE: DEFENDANT'S MOTION FOR RECONSIDERATION**

**AND NOW**, this 2nd day of August, 2017, having considered Defendant's Motion for Reconsideration (ECF 42) and all responses and replies thereto, and for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that Defendant's Motion is DENIED.

**BY THE COURT:**

/s/ Timothy J. Savage FOR:
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-43 Sneed v Swarthmore College\16cv43 order re mot for reconsideration.docx